# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIS KEITH COLBERT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, a corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.. | Case No.: 2:22-cv-07276-AB-MAR<br><br>[~~**PROPOSED**~~] **ORDER OF DISMISSAL [FRCP 41(A)]** |

On October 23, 2023, the Parties filed a Joint Stipulation of Dismissal of this action. The Court the Stipulation of Dismissal and **ORDERS** as follows:

1. The case is **DISMISSED** in its entirety, with prejudice;
2. The Court **VACATES** all date and deadlines; and
3. The Clerk of the Court will close the case.

**IT IS SO ORDERED.**

Dated: November 06, 2023

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.